IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| KERRI MICHELLE BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CIVIL ACTION FILE NO: |
| UROLOGY CENTER OF COLUMBUS, ) | |
| LLC and DR. WILLIAM HARPER, IV, ) | 4:11-CV-42(CDL) |
| ) | |
| Defendants ) | |
| _____ ) | |

## JOINT DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Kerri Michelle Bailey ("Plaintiff" or "Ms. Bailey") and Defendants Urology Center of Columbus, LLC ("Urology Center") and Dr. William Harper, IV ("Dr. Harper") (collectively the "Parties") and having resolved this action pursuant to the terms of a Settlement Agreement, jointly submit this Joint Dismissal with Prejudice, dismissing all previously pending and currently claims and counterclaims *with prejudice*. All parties shall be individually responsible for their costs and fees incurred in connection with this matter.

This the 25th day of October, 2011.

-1-

1006383.1

| | |
|---|---|
| **CONSENTED TO BY:** | **CONSENTED TO BY:** |
| **MEACHAM, EARLEY & FOWLER, P.C.** | **FOLTZ MARTIN, LLC** |
| /s/ Christopher L. Meacham_____ | /s/ Matthew A. Spivey_____ |
| Christopher L. Meacham | Kevin H. Hudson |
| Georgia Bar No. 500050 | Georgia Bar No. 374630 |
| P.O. Box 9031 | Matthew A. Spivey |
| Columbus, Georgia 31908 | Georgia Bar No. 135136 |
| Telephone: (706) 576-4064 | 3525 Piedmont Road, NE |
| Email: clmeacham@mejlaw.net | Five Piedmont Center, Suite 750 |
| Attorney for Plaintiff | Atlanta, Georgia 30305-1541 |
| | Telephone: (404) 231-9397 |
| | Facsimile: (404) 231-1659 |
| | Email: khudson@foltzmartin.com |
| | Email: mspivey@foltzmartin.com |
| | Attorneys for Defendants |

1006383.1

## CERTIFICATE OF SERVICE

This is to certify that a copy of this **Joint Dismissal with Prejudice** was electronically mailed with the Clerk of Court using the CM/ECF System which will automatically send an email notification of such filing to the following attorney of record:

> Christopher L. Meacham, GA Bar No. 500050
> P.O. Box 9031
> Columbus, Georgia 31908
> Telephone: (706) 576-4064
> Email: clmeacham@mejlaw.net
> Attorney for Plaintiff

Respectfully submitted,

**FOLTZ MARTIN, LLC**

  /s/  Matthew A. Spivey_____
Kevin H. Hudson
Georgia Bar No. 374630
Matthew A. Spivey
Georgia Bar No. 135136
3525 Piedmont Road, NE
Five Piedmont Center, Suite 750
Atlanta, Georgia 30305-1541
Telephone: (404) 231-9397
Facsimile: (404) 231-1659
Email: khudson@foltzmartin.com
Email: mspivey@foltzmartin.com
Attorneys for Defendants

-3-

1006383.1